UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STRIKE 3 HOLDINGS, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>JOHN DOE, )<br>Subscriber assigned IP address )<br>98.216.85.101, )<br>)<br>*Defendant*. )<br> ) | Civil Action No. 25-cv-10966-NMG |

## PROOF OF SERVICE

Comcast Cable Communications, LLC ("Comcast") hereby certifies that on April 30, 2025, it received a subpoena duces tecum ("Subpoena"), the Court's Order of April 25, 2025 (ECF #10), Protective Order (ECF #11), and a form of "Notice to Defendant" (ECF #12), all served by Plaintiff Strike 3 Holdings, LLC ("Strike 3") in the above-captioned proceeding. The Subpoena seeks the identity of a Comcast subscriber who used IP address 98.216.85.101, Port 65233, on January 25, 2025, to download and share Plaintiff's movies using BitTorrent. As directed in Paragraph 4 of the Court's Protective Order dated March 18, 2025 (ECF #10), Comcast served the subscriber who used that IP address by UPS overnight (next business day) delivery on May 1, 2025, with an envelope containing the Subpoena, Order, "Notice to Defendant," and Protective Order, accompanied by a short cover letter.

Further, pursuant to Paragraph 5 of the Protective Order, copies of Comcast's cover letter, overnight mailing label, and confirmation of delivery on May 2, 2025, are attached hereto as Exhibit A with the subscriber's name, address, and tracking numbers redacted. Unredacted

copies of the documents in Exhibit A will be submitted under seal and delivered to the Court by email, pursuant to L.R. 5.4(g)(1)(A).

                By their attorneys,

                */s/ Jonathan B. Engel*
                Jonathan B. Engel
                John D. Seiver
                DAVIS WRIGHT TREMAINE LLP
                1301 K Street NW, Suite 500 East
                Washington D.C. 20005
                202-973-4200
                johnseiver@dwt.com

                *Attorneys for Comcast Cable*
                *Communications, LLC*

Dated: May 5, 2025

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 5, 2025, a copy of the foregoing was filed via the CM/ECF system for the U.S. District Court for the District of Massachusetts, which will send notification to all counsel of record, and an unredacted version of the filing was submitted under seal to the Court by email addressed to leonardo_vieira@mad.uscourts.gov.

                                               /s/ John D. Seiver
                                               John D. Seiver