# **EXHIBIT A**

**Comcast Letter to Subscriber dated May 1, 2025**

**UPS Overnight Package Label**

**UPS Signature Delivery Confirmation dated May 2, 2025**



Law Enforcement & Subscriber Record Center
1800 Bishops Gate Boulevard
Mount Laurel, NJ 08054
866-947-8572 Tel
866-947-5587 Fax

# CONFIDENTIAL
All documents produced herein are for litigation purposes only

**Via UPS Overnight Delivery**

05-01-2025



  Re: Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 98.216.85.101
  United States District Court for the District of Massachusetts
  Docket No.: 1:25-cv-10966-NMG
  Order Entered: 04-25-2025
  Comcast File #: LCO71599

Dear

  Strike 3 Holdings, LLC has filed a lawsuit in the United States District Court for the District of Massachusetts. You have been identified in our records via your assigned Internet Protocol ("IP") address, which is unique to each Internet user, in this lawsuit for allegedly infringing Strike 3 Holdings, LLC's copyrights on the Internet by uploading or downloading content without permission.  This was allegedly done using a device assigned the IP address 98.216.85.101 on 01-25-2025 22:30:27 UTC.  The court has ordered Comcast to supply your name and address to Strike 3 Holdings, LLC as set forth in the enclosed Protective Order accompanying the Subpoena and "Notice to Defendant." The case has been assigned Docket Number 1:25-cv-10966-NMG by the court.  If you have any questions about the lawsuit, you should consult an attorney immediately.  **Comcast cannot and will not provide any legal advice**.

  Comcast will provide your name and address as directed in the Protective Order and Subpoena unless you or your attorney file a motion to quash the Subpoena and/or vacate the Order in the court where the Subpoena and Order were issued **no later than 07-01-2025**.  If you make this filing, you must notify Comcast in writing with a copy and proof of filing by sending it via fax to (866) 947-5587 **no later than 07-01-2025**.  If you intend to file within the above-stated timeline but do not have the ability to fax, please contact us at (866) 947-8572 **no later than 06-30-2025** and we will provide you with an alternate method of delivery.

  Please note that Comcast cannot accept or file any legal action on your behalf.  Please also note that we have also been instructed to file a proof of service in the public docket with your name and address redacted, but also file an unredacted copy of such proof of service *ex parte* under seal with access only to Comcast Cable and the Court.  If you do not file a motion to quash the Subpoena or vacate the Order **on or before 07-01-2025**, or if you fail to notify Comcast of your filing by this date, Comcast will provide your unredacted name and address to the Plaintiff as directed in the Protective Order.

  If you have legal questions about this matter, please contact an attorney.

            Respectfully,
            Comcast Law Enforcement &
            Subscriber Record Center

Enclosures:  Copy of Subpoena and Court Order, Notice to Defendant, and Protective Order regarding civil action

UPS CampusShip: View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.**   Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. GETTING YOUR SHIPMENT TO UPS
   Customers with a Daily Pickup
   Your driver will pickup your shipment(s) as usual.

   Customers without a Daily Pickup
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
      FOLD HERE



# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

▬▬▬▬▬▬▬▬▬▬

**Weight**

0.10 LBS

**Service**

UPS Next Day Air®

**Shipped / Billed On**

04/30/2025

**Delivered On**

05/02/2025 11:06 A.M.

**Delivered To**

▬▬▬▬▬▬▬▬▬▬

**Left At**

See Delivery Photo

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 05/02/2025 11:59 A.M. EST

## Delivery Photo Available.

For security purposes, enter the destination postal code to view the photo

[                    ]

View Photo