## JACQUELINE M. JAMES, ESQ.

THE JAMES LAW FIRM
445 HAMILTON AVENUE
SUITE 1102
WHITE PLAINS, NY 10601

T: (914) 358 6423
F: (914) 358 6424
JJAMESLAW@OPTONLINE.NET
JACQUELINEJAMESLAW.COM

May 6, 2025

The Honorable Judge Nathaniel M. Gorton
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

      **Re: 1:25-cv-10966-NMG; *Request to Modify Designation of Subpoenaed Information from "Attorneys' Eyes Only" to "Confidential"***

Dear Judge Gorton:

      Pursuant to Section 8 of the Court's Protective Order, [D.E. 7], and Local Rule 37.1 *et seq.*, counsel for Plaintiff Strike 3 Holdings, LLC and counsel for Defendant John Doe subscriber assigned IP address 98.216.85.101, John McInnes, have conferred regarding the above-captioned matter. Plaintiff respectfully requests, and Defendant does not oppose, that the Court change the designation of information produced by Verizon Online LLC from "Attorneys' Eyes Only" to "Confidential."

                    Respectfully submitted,

                    By:   */s/ Jacqueline M. James*
                    Jacqueline M. James, Esq. (1845)
                    The James Law Firm, PLLC
                    445 Hamilton Avenue
                    Suite 1102
                    White Plains, New York 10601
                    T: 914-358-6423
                    F: 914-358-6424
                    E-mail: jjames@jacquelinejameslaw.com
                    *Attorneys for Plaintiff*